IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Jeffrey William Crouchman, ) | C/A NO. 9:12-2231-CMC-BM |
| Plaintiff, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| Pickens County LEC Jail, Capt. Keith ) Galloway, Lt. Drew Sisco, Cpl. Tammy ) Hamilton, Sgt. Kristie Leopard, Officer ) Riley Hope, Sgt. Anthony Massingill, ) Offficer Matt Sewell, Dr. Mary Hammond, ) and Howard Anderson, ) | |
| Defendants. ) | |

This matter is before the court on Plaintiff's *pro se* complaint, filed in this court pursuant to 42 U.S.C. § 1983. On May 15, 2013, all Defendants except Dr. Mary Hammond were granted summary judgment and dismissed from this matter. This case was thereafter set for pretrial conference before the Honorable Kevin F. McDonald, United States Magistrate Judge. Plaintiff, appearing *pro se*, and counsel for Defendant Hammond appeared before Magistrate Judge McDonald on May 21, 2013.

On May 24, 2013, Defendant Hammond filed a motion for extension of time to file dispositive motions. Plaintiff was provided an opportunity to oppose Defendant's motion, which he did not do. Accordingly, the court granted Defendant's motion for extension of time, and Defendant Hammond filed a motion for summary judgment on June 7, 2013.

On June 12, 2013, the court entered an order, pursuant to *Roseboro v. Garrison*, 528 F.2d

1

309 (4th Cir. 1975), notifying Plaintiff of the summary judgment procedure and the importance of responding in a proper and timely manner.[1] Plaintiff has failed to file a response to Defendant Hammond's motion and the time for doing so has expired.

For the reasons set forth in Defendant Hammond's motion, with which the court agrees and adopts as its findings, Defendant Dr. Mary Hammond's motion for summary judgment is **granted** and she is dismissed from this action with prejudice.

As all other Defendants have been dismissed from this matter, the Clerk shall close this case.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 22, 2013

---

[1] Matters relating to prison conditions are generally referred to a United States Magistrate Judge of this court for initial review and other pretrial proceedings pursuant to Local Rule 73.02(B)(2)(f). However, this court retains the authority to withdraw the reference and proceed to consider a matter without a Report and Recommendation from a Magistrate Judge. The Magistrate Judge originally assigned to this case entered a Report and Recommendation as to all other issues in this case; therefore, this court does not believe re-referral to the Magistrate Judge is necessary. Accordingly, the court hereby withdraws the reference to the Magistrate Judge as to this motion for summary judgment.